

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00132-CV

———————————————

IN THE MATTER OF M.C.-M.

---

On Appeal from County Court
Wichita County, Texas
Trial Court No. CC-MH2024-0078

---

Before Wallach, Kerr, and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered appellant's "Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered:  April 18, 2024